**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-2116**

---

VASYL MICHAEL HARIK,

                                    Plaintiff - Appellant,

        versus

NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,
Doctor Michael Griffin, NASA Administrator,

                                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Jerome B. Friedman,
District Judge.   (4:06-cv-00056-JBF)

---

Submitted:  February 22, 2007        Decided:  February 27, 2007

---

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vasyl Michael Harik, Appellant Pro Se.  Joel Eric Wilson, Special
Assistant United States Attorney, Norfolk, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vasyl Michael Harik appeals the district court's order granting summary judgment in favor of the Appellee on Harik's hostile work environment, discriminatory discharge, and retaliatory discharge claims brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Harik v. NASA, No. 4:06-cv-00056-JBF (D. Md. filed Aug. 16, 2006; entered Aug. 17, 2006). We deny Harik's motions to place the appeal in abeyance and to include new evidence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED